## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARLON ALEXIS DE LEON CANTILLANO,** | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | **CIVIL ACTION** |
| **J.L. JAMISON, Warden, Philadelphia** | : | |
| **Federal Detention Center; MICHAEL T.** | : | |
| **ROSE, Acting Field Office Director** | : | |
| **Immigration and Customs Enforcement** | : | **No. 26-3787** |
| **Philadelphia Field Office; DAVID** | : | |
| **VENTURELLA, Acting Director, United** | : | |
| **States Immigration and Customs** | : | |
| **Enforcement (ICE); MARKWAYNE** | : | |
| **MULLIN, Secretary of the Department of** | : | |
| **Homeland Security (DHS); and TODD** | : | |
| **BLANCHE, Acting Attorney General of the** | : | |
| **United States of America** | : | |
| | : | |
| Respondents. | : | |

**AND NOW,** this 3rd day of June, 2026, upon consideration of Marlon Alexis De Leon Cantillano's Petition for Writ of Habeas Corpus (ECF No. 1), it is hereby **ORDERED** that the petition is **GRANTED IN PART.**

It is **FURTHER ORDERED** that, upon consideration of Petitioner's Motion for Temporary Restraining Order and Injunctive Relief (ECF No. 2), is **GRANTED.**

It is **FURTHER ORDERED** as follows:

1. Pursuant to 28 U.S.C. § 2243, Respondents shall, no later than **5:00 p.m. on June 6, 2026,** file a response to the habeas petition and show cause why the petition should not be granted.

2.    Petitioner shall not be transferred outside the Eastern District of Pennsylvania pending further Order of the Court.

3.    Counsel for Petitioner shall serve this Order to the respondents at the following email addresses forthwith:

- desiree.wilkins@usdoj.gov;

- anthony.stjoseph@usdoj.gov;

- susan.becker@usdoj.gov; and

- gregory.david@usdoj.gov.

4.    A virtual hearing is scheduled for **Friday, June 5, 2026, at 11:00 a.m.** regarding transfer of Petitioner's immigration file from former counsel to current counsel. If the file is transferred prior to the hearing, counsel for Petitioner shall notify the Court and the hearing will be canceled.

5.    Counsel for Petitioner shall serve this Order on Petitioner's former immigration counsel, who is ordered to show cause at the hearing why the file has not been transferred.

6. Counsel for Petitioner shall notify the Court by email (Perez_Chambers@paed.uscourts.gov) of Petitioner's former counsel's contact information so that a Zoom link can be emailed. A link will also be emailed to all counsel of record.

BY THE COURT:

_____
Hon. Mia R. Perez