## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARLON ALEXIS DE LEON CANTILLANO,** | : | |
| | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | **CIVIL ACTION** |
| **J.L. JAMISON, Warden, Philadelphia** | : | |
| **Federal Detention Center; MICHAEL T.** | : | |
| **ROSE, Acting Field Office Director** | : | |
| **Immigration and Customs Enforcement** | : | **No. 26-3787** |
| **Philadelphia Field Office; DAVID** | : | |
| **VENTURELLA, Acting Director, United** | : | |
| **States Immigration and Customs** | : | |
| **Enforcement (ICE); MARKWAYNE** | : | |
| **MULLIN, Secretary of the Department of** | : | |
| **Homeland Security (DHS); and TODD** | : | |
| **BLANCHE, Acting Attorney General of the** | : | |
| **United States of America** | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW,** this 5th day of June, 2026, following email notification that counsel for Petitioner has received the file from Petitioner's former counsel, it is hereby **ORDERED** that the show cause hearing scheduled for June 5, 2026 is **CANCELLED AS MOOT.**

BY THE COURT:

_____

Hon. Mia R. Perez