## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARLON ALEXIS DE LEON CANTILLANO,** | : | |
| | : | |
| | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | **No. 26-3787** |
| **J.L. JAMISON,** *et al.*, | : | |
| | : | |
| Respondents. | : | |

### ORDER

**AND NOW,** this 5th day of June, 2026, upon consideration of Respondents Opposition to Petition for Writ of Habeas Corpus (ECF No. 7), it is hereby **ORDERED** that Petitioner shall file a response on or before **June 10, 2026.**

BY THE COURT:

_____
Hon. Mia R. Perez