## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARLON ALEXIS DE LEON              :
CANTILLANO,                        :
                                   :
        Petitioner,         :          CIVIL ACTION
                                   :
    v.                         :          No. 26-3787
                                   :
J.L. JAMISON, Warden, Philadelphia :
Federal Detention Center, *et al.*,  :
                                   :
        Respondents.        :

## ORDER

**AND NOW,** this 12th day of June, 2026, upon consideration of Marlon Alexis De Leon Cantillano's Petition for Writ of Habeas Corpus (ECF No. 1), and the responses thereto, and for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that the petition is **DENIED.**

The Clerk of Court is **DIRECTED** to mark this case closed.

BY THE COURT:

_____
Hon. Mia R. Perez